IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ALABAMA,
NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LUTHER STRANGE in his official capacity as the Attorney General of Alabama; et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>5:11-cv-02449-JEO |

## Plaintiffs' Motion for Partial Summary Judgment

Plaintiffs move for summary judgment on Count One of their Complaint. This motion is based on the Complaint (Doc. 1), the facts stated or admitted in the Motion to Dismiss (Doc. 7), and the Declaration of Dr. Joe L. Reed (attached).

In support of this Motion, the Plaintiffs submit the Plaintiffs' Brief in Support of Motion for Partial Summary Judgment and in Opposition to Defendants' Motion to Dismiss (filed separately).

Submitted by,

/s/ Edward Still

| | |
|---|---|
| Osaygefo Grubbs | Edward Still |
| Joe M. Reed & Associates, LLC | PMB 304 |
| 524 S. Union Street | 130 Wildwood Pkwy STE 108 |
| Montgomery, AL 36104 | Birmingham AL 35209 |
| Phone: 334-834-2000 | Phone & fax: 205-320-2882 |
| Fax: 334-834-2088 | email: still@votelaw.com |
| email: ogrubbs@bellsouth.net | |

John K. Tanner
3743 Military Rd, NW
Washington DC 20015
Phone: 202-503-7696
Email:
john.k.tanner@gmail.com

CERTIFICATE OF SERVICE

I certify that on 16 August 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

James W. Davis
Winfield J. Sinclair
William Parker Jr.
Attorney General's Office
PO Box 300152
Montgomery, AL 36130-0152
jimdavis@ago.state.al.us
wparker@ago.state.al.us
wsinclair@ago.state.al.us

/s/ Edward Still