# Attachment B

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | category |
| 2 | Renasiance Montgomery Hotel & Spa | $ 714.00 | ADC Annual Convention | 6/19/2009 | Admin |
| 3 | Brendle Rentals | $ 56.96 | Admin | 5/10/2010 | Admin |
| 4 | Debra Huntley | $ 1,500.00 | Admin | 5/27/2009 | Admin |
| 5 | Debra Huntley | $ 286.76 | Admin | 5/29/2009 | Admin |
| 6 | Felix Parker | $ 250.00 | Admin | 5/21/2010 | Admin |
| 7 | Felix Parker, Jr. | $ 350.00 | Admin | 6/4/2010 | Admin |
| 8 | Felix Parker, Jr. | $ 147.60 | Admin | | Admin |
| 9 | Kathy McShan | $ 200.00 | Admin | 6/4/2010 | Admin |
| 10 | Roy Terry | $ 250.00 | Admin | 5/21/2010 | Admin |
| 11 | Roy Terry | $ 200.00 | Admin | 6/4/2010 | Admin |
| 12 | Roy Terry | $ 193.90 | Admin | 6/9/2010 | Admin |
| 13 | Service Printing Co. | $ 12,851.48 | Admin | 6/9/2010 | Admin |
| 14 | Alabama Democratic Party | $ 700.00 | Admin / qualifying fees | 4/2/2010 | Admin |
| 15 | Roy Terry | $ 302.05 | Admin / qualifying fees | 11/4/2011 | Admin |
| 16 | Alabama Democratic Party | $ 1,000.00 | Administrative | 2/17/2004 | Admin |
| 17 | BellSouth | $ 415.00 | Administrative | 5/19/2006 | Admin |
| 18 | BellSouth | $ 93.00 | Administrative | 5/19/2006 | Admin |
| 19 | Blacks in Government | $ 20,000.00 | Administrative (transfer to correct | 6/2/2004 | Admin |
| 20 | Debra Huntley | $ 200.00 | Administrative | 5/29/2008 | Admin |
| 21 | Delta Com | $ 9,415.00 | Administrative | 4/9/2008 | Admin |
| 22 | Forbes Printing | $ 439.00 | Administrative | 10/31/2007 | Admin |
| 23 | Forbes Products | $ 395.00 | Administrative | 12/8/2004 | Admin |
| 24 | Forbes Publishers | $ 412.00 | Administrative | 11/8/2006 | Admin |
| 25 | Forbes, Inc. | $ 400.83 | Administrative | 11/3/2005 | Admin |
| 26 | Graphics & Mailing | $ 1,461.00 | Administrative | 11/1/2007 | Admin |
| 27 | Jerome Gray | $ 156.00 | Administrative | 9/18/2005 | Admin |
| 28 | SDEC | $ 1,700.00 | Administrative | 4/7/2006 | Admin |
| 29 | Sly Photography | $ 500.00 | Administrative | 6/8/2007 | Admin |
| 30 | Thomas, May Associates | $ 1,494.00 | Administrative | 6/2/2006 | Admin |
| 31 | Tommy Smith | $ 168.00 | Administrative | 1/29/2008 | Admin |
| 32 | Tommy Smith | $ 128.00 | Administrative | 2/5/2008 | Admin |
| 33 | U.S. Postmaster | $ 411.00 | Administrative | 11/1/2006 | Admin |
| 34 | Cecil Gardner | $ 10,000.00 | Administrative (Legal Fees) | 12/16/2004 | Admin |
| 35 | J. L. Reed | $ 122.76 | Administrative (Reimbursement of Meeting Expenses) | 12/20/2005 | Admin |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 36 | Jerome Gray | $ 125.00 | Administrative (Reimbursement of Shipping Cost) | 8/22/2005 | Admin |
| 37 | Service Printing Company | $ 10,000.00 | Administrative, Printing | 7/17/2006 | Admin |
| 38 | Graphics & Mailing | $ 1,507.00 | Advertising | 10/4/2007 | Admin |
| 39 | Jacque Chandler | $ 800.00 | Advertising | 1/19/2007 | Admin |
| 40 | Joe Murphy | $ 200.00 | Advertising | 6/2/2006 | Admin |
| 41 | Kenny J. Productions | $ 750.00 | Advertising | 5/26/2006 | Admin |
| 42 | Thomas May, Associates | $ 3,639.00 | Advertising | 5/31/2006 | Admin |
| 43 | WXKN | $ 375.00 | Advertising | 6/6/2006 | Admin |
| 44 | Kathy McShan | $ 150.00 | Clerical | 9/13/2006 | Admin |
| 45 | ITC DELTACOM | $ 104.34 | Conference Call | 6/10/2005 | Admin |
| 46 | ITC DELTACOM | $ 142.00 | Conference Call | 8/8/2005 | Admin |
| 47 | ITC DELTACOM | $ 142.65 | Conference Call | 9/12/2005 | Admin |
| 48 | Councilman Thomas Sullivan Campaign | $ 3,000.00 | Consultation/Polling | 9/2/2005 | Admin |
| 49 | Dr. Joseph Lowery | $ 1,000.00 | Contribution (Speaker Honorarium) | 7/17/2006 | Admin |
| 50 | Val Bright | $ 125.00 | Expense Reimbursement | 7/18/2006 | Admin |
| 51 | Joe L. Reed | $ 4,730.00 | Expense Reimbursement for Printing | 5/19/2006 | Admin |
| 52 | ADC Petty Cash | $ 10,000.00 | Food | 2/17/2005 | Admin |
| 53 | Alabama Democratic Conf. | $ 4,500.00 | Food | 5/4/2006 | Admin |
| 54 | Montgomery Catering | $ 1,100.00 | Food | 8/29/2005 | Admin |
| 55 | The Brothers LLC | $ 962.00 | Food | 11/4/2004 | Admin |
| 56 | The Brothers LLC (7th Floor) | $ 1,000.00 | Food | 10/27/2004 | Admin |
| 57 | Walter Thomas | $ 200.00 | Food | 1/27/2005 | Admin |
| 58 | Val Bright | $ 754.80 | Food (Reimbursement for meeting expenses) | 2/15/2005 | Admin |
| 59 | J. L. Reed | $ 786.78 | Food, Lodging, Transportation (Reimbursement for meeting expenses) | 1/12/2005 | Admin |
| 60 | ADC Petty Cash Fund | $ 33,500.00 | Loan Repayment (Refund to | 1/29/2007 | Admin |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 61 | Drury Inn | $ 110.00 | Lodging (Meeting Expenses) | 9/29/2005 | Admin |
| 62 | Sophia's BBQ Breakfast Meeting on April 7, 2010 | $ 300.00 | Meals | 4/7/2010 | Admin |
| 63 | Jim Spearman (Dem. Party) | $ 60.00 | Meeting Expense | 8/26/2005 | Admin |
| 64 | Corine Dunaway | $ 300.00 | Postage | 5/5/2006 | Admin |
| 65 | Post Master General | $ 229.00 | Postage | 11/6/2006 | Admin |
| 66 | U.S. Postmaster | $ 346.00 | Postage | 1/20/2005 | Admin |
| 67 | Service Printing Company | $ 17,114.00 | Printing | 7/2/2004 | Admin |
| 68 | Service Printing Company | $ 21,198.00 | Printing | 10/29/2004 | Admin |
| 69 | Service Printing Company | $ 7,640.00 | Printing | 2/2/2005 | Admin |
| 70 | Service Printing Company | $ 29,554.00 | Printing | 6/2/2006 | Admin |
| 71 | Service Printing Company | $ 30,333.00 | Printing | 11/2/2006 | Admin |
| 72 | Service Printing Company | $ 2,347.39 | Printing | 2/1/2008 | Admin |
| 73 | Service Printing Company | $ 11,804.86 | Printing | 6/2/2008 | Admin |
| 74 | Service Printing Company | $ 24,729.74 | program | 10/29/2010 | Admin |
| 75 | Delta Com | $ 20.00 | Service | 6/3/2008 | Admin |
| 76 | Jerome Gray | $ 650.00 | Shipping Cost | 10/25/2004 | Admin |
| 77 | U.S. Postmaster | $ 250.00 | Stamps | 12/13/2004 | Admin |
| 78 | U.S. Postmaster | $ 853.00 | Stamps | 7/9/2008 | Admin |
| 79 | Jerome Gray | $ 1,084.00 | Transporting Ballots | 6/2/2006 | Admin |
| 80 | Debra Huntley | $ 286.00 | Travel Expense | 1/25/2008 | Admin |
| 81 | Debra Huntley | $ 286.00 | Travel Expense & Shipping | 2/1/2008 | Admin |
| 82 | Debra Huntley | $ 1,500.00 | Travel Expense & Shipping | 2/5/2008 | Admin |
| 83 | Debra Huntley | $ 600.00 | Travel Expense & Shipping | 2/6/2008 | Admin |
| 84 | Debra Huntley | $ 398.68 | Travel Expense & Shipping | 4/1/2008 | Admin |
| 85 | Felix Parker | $ 121.00 | Travel Expense & Shipping | 5/29/2008 | Admin |
| 86 | Jerome Gray | $ 2,500.00 | Work | 12/22/2006 | Admin |
| 87 | Felix Parker | $ 300.00 | | 11/19/2010 | Admin |
| 88 | Amy B. Smith | $ 500.00 | Contribution | 5/4/2006 | Contribution |
| 89 | Bobby Singleton Campaign Fund | $ 5,000.00 | Contribution | 11/3/2004 | Contribution |
| 90 | Committee to elect Bob Jones | $ 3,500.00 | Contribution | 2/11/2004 | Contribution |
| 91 | Darryl Parker | $ 2,304.85 | Contribution | 4/4/2008 | Contribution |
| 92 | Eleanor Dawkins Campaign | $ 300.00 | Contribution | 2/22/2006 | Contribution |
| 93 | FOCAL | $ 1,000.00 | Contribution | 11/5/2004 | Contribution |
| 94 | Ralph Howard | $ 1,664.00 | Contribution | 2/23/2006 | Contribution |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 95 | Sam Jones Company | $ 600.00 | Contribution | 7/20/2005 | Contribution |
| 96 | Thelma Cooke Thrash | $ 770.00 | Contribution | 5/4/2006 | Contribution |
| 97 | YMCA | $ 200.00 | Contribution | 3/27/2006 | Contribution |
| 98 | Ysuf Salaam Campaign | $ 1,000.00 | Contribution | 11/6/2006 | Contribution |
| 99 | Alabama Democratic Party for Yvette Richardson Qualifying Fees | $ 500.00 | GOTV | 4/2/2010 | Contribution |
| 100 | Alabama Democratic Party | $ 3,000.00 |  | 7/20/2004 | Contribution |
| 101 | Beverly Ross Campaign | $ 2,500.00 |  | 5/12/2010 | Contribution |
| 102 | Alabama Education Assoc. | $ 1,959.52 | GOTV (printing) | 9/9/2009 | GOTV |
| 103 | Alabama Power Company | $ 172.00 | GOTV | 7/18/2006 | GOTV |
| 104 | Autauga Co. Dem. Conf. | $ 1,500.00 | GOTV | 6/2/2006 | GOTV |
| 105 | Autauga Co. Dem. Conf. | $ 2,000.00 | GOTV | 10/13/2006 | GOTV |
| 106 | Autauga Co. Dem. Conf. | $ 2,000.00 | GOTV | 11/2/2006 | GOTV |
| 107 | Autauga County Dem Conf Derrick Moncrief | $ 2,700.00 | GOTV | 10/1/2010 | GOTV |
| 108 | Autauga County Dem. Conf. | $ 1,200.00 | GOTV | 10/28/2010 | GOTV |
| 109 | Autauga County Dem. Conf. K. K. Middleton | $ 1,314.20 | GOTV | 5/26/2010 | GOTV |
| 110 | Baldwin Co. Dem. Conf. | $ 1,712.00 | GOTV | 6/2/2006 | GOTV |
| 111 | Baldwin Co. Dem. Conf. | $ 2,000.00 | GOTV | 11/7/2006 | GOTV |
| 112 | Baldwin Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/30/2008 | GOTV |
| 113 | Baldwin County Dem. Conf. James D. Williams | $ 1,774.40 | GOTV | 5/25/2010 | GOTV |
| 114 | Baldwin County Dem. Conf. James D. Williams | $ 2,700.00 | GOTV | 10/28/2010 | GOTV |
| 115 | Barbour Co. Dem. Conf. | $ 1,556.00 | GOTV | 6/2/2006 | GOTV |
| 116 | Barbour Co. Dem. Conf. | $ 1,500.00 | GOTV | 11/7/2006 | GOTV |
| 117 | Barbour County Dem. Conf. Catherine Long | $ 1,505.20 | GOTV | 5/25/2010 | GOTV |
| 118 | Barbour County Dem. Conf. Catherine Long | $ 1,505.00 | GOTV | 7/9/2010 | GOTV |
| 119 | Barbour County Dem. Conf. Catherine Long | $ 2,300.00 | GOTV | 10/28/2010 | GOTV |
| 120 | Bibb Co. Dem. Conf. | $ 750.00 | GOTV | 6/2/2006 | GOTV |
| 121 | Bibb Co. Dem. Conf. | $ 1,000.00 | GOTV | 11/6/2006 | GOTV |
| 122 | Bibb Co. Dem. Conf. | $ 800.00 | GOTV | 5/31/2008 | GOTV |
| 123 | Bibb County Dem. Conf. Felix Parker, Sr. | $ 683.80 | GOTV | 5/25/2010 | GOTV |
| 124 | Bibb County Dem. Conf. Felix Parker, Sr. | $ 2,000.00 | GOTV | 10/28/2010 | GOTV |
| 125 | Blount Co. Dem. Conf. | $ 429.00 | GOTV | 6/2/2006 | GOTV |
| 126 | Blount Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 127 | Blount Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 128 | Blount County Dem. Conf. Annie Smiley | $ 357.80 | GOTV | 5/25/2010 | GOTV |
| 129 | Bullock Co. Dem. Conf. | $ 1,155.00 | GOTV | 6/2/2006 | GOTV |
| 130 | Bullock Co. Dem. Conf. | $ 2,000.00 | GOTV | 11/6/2006 | GOTV |
| 131 | Bullock County Dem. Conf. Mary King | $ 1,229.80 | GOTV | 5/25/2010 | GOTV |
| 132 | Bullock County Dem. Conf. Mary King | $ 1,200.00 | GOTV | 7/9/2010 | GOTV |
| 133 | Bullock County Dem. Conf. Mary King | $ 1,900.00 | GOTV | 10/28/2010 | GOTV |
| 134 | Butler Co. Dem. Conf. | $ 1,233.00 | GOTV | 6/2/2006 | GOTV |
| 135 | Butler Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 136 | Butler County Dem. Conf. George Cook | $ 1,144.00 | GOTV | 5/25/2010 | GOTV |
| 137 | Butler County Dem. Conf. George Cook | $ 2,000.00 | GOTV | 10/27/2010 | GOTV |
| 138 | Butler County Dem. Conf. George Cooks | $ 2,500.00 | GOTV | 10/29/2010 | GOTV |
| 139 | Calhoun Co. Dem. Conf. | $ 3,000.00 | GOTV | 5/31/2006 | GOTV |
| 140 | Calhoun Co. Dem. Conf. | $ 7,000.00 | GOTV | 10/30/2006 | GOTV |
| 141 | Calhoun Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 142 | Calhoun Count Dem. Conf. Doris Stallworth Barron | $ 4,000.00 | GOTV | 10/28/2010 | GOTV |
| 143 | Calhoun County Dem. Conf. Doris Stallworth Barron | $ 2,512.60 | GOTV | 5/25/2010 | GOTV |
| 144 | Chambers Co. Dem. Conf. | $ 7,000.00 | GOTV | 5/31/2006 | GOTV |
| 145 | Chambers Co. Dem. Conf. | $ 7,000.00 | GOTV | 10/30/2006 | GOTV |
| 146 | Chambers Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 147 | Chambers County Dem Conf | $ 1,677.20 | GOTV | 5/25/2010 | GOTV |
| 148 | Chambers County Dem. Conf. Deborah Chambers | $ 1,677.20 | GOTV | 5/25/2010 | GOTV |
| 149 | Chambers County Dem. Conf. Deborah Chambers | $ 1,000.00 | GOTV | 5/28/2010 | GOTV |
| 150 | Chambers County Dem. Conf. Deborah Chambers | $ 4,500.00 | GOTV | 10/28/2010 | GOTV |
| 151 | Cherokee Co. Dem. Conf. | $ 500.00 | GOTV | 5/31/2006 | GOTV |
| 152 | Cherokee Co. Dem. Conf. | $ 1,000.00 | GOTV | 10/30/2006 | GOTV |
| 153 | Cherokee Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 154 | Cherokee County Dem. Conf. Eugene Flint | $ 414.80 | GOTV | 5/25/2010 | GOTV |
| 155 | Cherokee County Dem. Conf. Eugene Flint | $ 185.20 | GOTV | 5/28/2010 | GOTV |
| 156 | Cherokee County Dem. Conf. Eugene Flint | $ 900.00 | GOTV | 10/28/2010 | GOTV |

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 157 | Chilton Co. Dem. Conf. | $ 748.00 | GOTV | 6/2/2006 | GOTV |
| 158 | Chilton Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 159 | Chilton County Dem. Conf. Kenneth Allison | $ 762.40 | GOTV | 5/25/2010 | GOTV |
| 160 | Chilton County Dem. Conf. Kenneth Allison | $ 2,000.00 | GOTV | 10/28/2010 | GOTV |
| 161 | Choctaw Co. Dem. Conf. | $ 1,000.00 | GOTV | 1/21/2005 | GOTV |
| 162 | Choctaw Co. Dem. Conf. | $ 5,500.00 | GOTV | 5/31/2006 | GOTV |
| 163 | Choctaw Co. Dem. Conf. | $ 4,000.00 | GOTV | 10/30/2006 | GOTV |
| 164 | Choctaw Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/31/2008 | GOTV |
| 165 | Choctaw County Dem. Conf. Tony Cherry | $ 981.40 | GOTV | 5/25/2010 | GOTV |
| 166 | Choctaw County Dem. Conf. Tony Cherry | $ 1,000.00 | GOTV | 7/9/2010 | GOTV |
| 167 | Choctaw County Dem. Conf. Tony Cherry | $ 1,200.00 | GOTV | 10/26/2010 | GOTV |
| 168 | Choctaw County Dem. Conf. Tony Cherry | $ 1,861.00 | GOTV | 5/27/2009 | GOTV |
| 169 | Clark County Dem. Conf. Johnny Byrd | $ 1,700.00 | GOTV | 7/9/2010 | GOTV |
| 170 | Clarke Co. Dem. Conf. | $ 1,000.00 | GOTV | 1/21/2005 | GOTV |
| 171 | Clarke Co. Dem. Conf. | $ 8,500.00 | GOTV | 5/31/2006 | GOTV |
| 172 | Clarke Co. Dem. Conf. | $ 3,000.00 | GOTV | 6/6/2006 | GOTV |
| 173 | Clarke Co. Dem. Conf. | $ 5,000.00 | GOTV | 10/30/2006 | GOTV |
| 174 | Clarke Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 175 | Clarke County Dem. Conf. Johnny Byrd | $ 1,576.60 | GOTV | 5/25/2010 | GOTV |
| 176 | Clarke County Dem. Conf. Johnny Byrd | $ 2,700.00 | GOTV | 10/28/2010 | GOTV |
| 177 | Clarke County Dem. Conf. Johnny Byrd | $ 4,435.00 | GOTV | 5/27/2009 | GOTV |
| 178 | Clay Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2006 | GOTV |
| 179 | Clay Co. Dem. Conf. | $ 1,000.00 | GOTV | 10/30/2006 | GOTV |
| 180 | Clay Co. Dem. Conf. | $ 400.00 | GOTV | 5/31/2008 | GOTV |
| 181 | Clay County Dem. Conf. Bobby Dark | $ 488.00 | GOTV | 5/25/2010 | GOTV |
| 182 | Clay County Dem. Conf. Bobby Dark | $ 512.00 | GOTV | 5/28/2010 | GOTV |
| 183 | Clay County Dem. Conf. Bobby Dark | $ 2,500.00 | GOTV | 10/28/2010 | GOTV |
| 184 | Cleburne Co. Dem. Conf. | $ 500.00 | GOTV | 5/31/2006 | GOTV |
| 185 | Cleburne Co. Dem. Conf. | $ 500.00 | GOTV | 10/30/2006 | GOTV |
| 186 | Cleburne County Dem. Conf. Rhonda Heard | $ 352.80 | GOTV | 5/25/2010 | GOTV |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 187 | Cleburne County Dem. Conf. Rhonda Heard | $ 143.20 | GOTV | 5/28/2010 | GOTV |
| 188 | Cleburne County Dem. Conf. Rhonda Heard | $ 900.00 | GOTV | 10/28/2010 | GOTV |
| 189 | Coffee Co. Dem. Conf. | $ 3,500.00 | GOTV | 5/31/2006 | GOTV |
| 190 | Coffee Co. Dem. Conf. | $ 3,500.00 | GOTV | 10/30/2006 | GOTV |
| 191 | Coffee County Dem. Conf. Alma West | $ 1,053.60 | GOTV | 5/25/2010 | GOTV |
| 192 | Coffee County Dem. Conf. Alma West | $ 3,000.00 | GOTV | 10/28/2010 | GOTV |
| 193 | Colbert Co. Dem. Conf. | $ 1,394.00 | GOTV | 6/2/2006 | GOTV |
| 194 | Colbert Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 195 | Colbert County Dem. Conf. Emmitt Jimmar | $ 1,244.60 | GOTV | 5/25/2010 | GOTV |
| 196 | Colbert County Dem. Conf. Emmitt Jimmar | $ 600.00 | GOTV | 5/28/2010 | GOTV |
| 197 | Colbert County Dem. Conf. Emmitt Jimmar | $ 300.00 | GOTV | 10/28/2010 | GOTV |
| 198 | Conecuh Co. Dem. Conf. | $ 1,064.00 | GOTV | 6/2/2006 | GOTV |
| 199 | Conecuh Co. Dem. Conf. | $ 1,000.00 | GOTV | 10/6/2008 | GOTV |
| 200 | Conecuh County Dem. Conf. Cornel Berry | $ 1,040.00 | GOTV | 5/25/2010 | GOTV |
| 201 | Conecuh County Dem. Conf. Cornel Berry | $ 2,000.00 | GOTV | 10/27/2010 | GOTV |
| 202 | Conecuh County Dem. Conf. Cornel Berry | $ 673.00 | GOTV | 5/27/2009 | GOTV |
| 203 | Coosa Co. Dem. Conf. | $ 1,260.00 | GOTV | 2/24/2006 | GOTV |
| 204 | Coosa Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/31/2006 | GOTV |
| 205 | Coosa Co. Dem. Conf. | $ 2,500.00 | GOTV | 10/30/2006 | GOTV |
| 206 | Coosa Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2008 | GOTV |
| 207 | Coosa County Dem. Conf. Lonnie Caldwell | $ 729.60 | GOTV | 5/25/2010 | GOTV |
| 208 | Coosa County Dem. Conf. Lonnie Caldwell | $ 2,500.00 | GOTV | 10/28/2010 | GOTV |
| 209 | Covington Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2006 | GOTV |
| 210 | Covington Co. Dem. Conf. | $ 2,500.00 | GOTV | 10/30/2006 | GOTV |
| 211 | Covington Co. Dem. Conf. | $ 2,500.00 | GOTV | 11/7/2006 | GOTV |
| 212 | Covington County Dem. Conf. Elmore Lewis | $ 1,200.00 | GOTV | 10/27/2010 | GOTV |
| 213 | Covington County Dem. Elmore Lewis | $ 684.60 | GOTV | 5/25/2010 | GOTV |
| 214 | Crenshaw Co. Dem. Conf. | $ 774.00 | GOTV | 6/2/2006 | GOTV |
| 215 | Crenshaw Co. Dem. Conf. | $ 2,500.00 | GOTV | 10/30/2006 | GOTV |
| 216 | Crenshaw Co. Dem. Conf. | $ 600.00 | GOTV | 2/5/2008 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 217 | Crenshaw County Dem. Conf. Dennis Bogen | $ 656.80 | GOTV | 5/25/2010 | GOTV |
| 218 | Crenshaw County Dem. Conf. Dennis Bogen | $ 1,200.00 | GOTV | 10/27/2010 | GOTV |
| 219 | Crenshaw County Dem. Conf. Dennis Bogen | $ 1,300.00 | GOTV | 10/29/2010 | GOTV |
| 220 | Cullman Co. Dem. Conf. | $ 428.00 | GOTV | 6/2/2006 | GOTV |
| 221 | Cullman Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 222 | Cullman County Dem. Conf. Rev. James Field | $ 371.80 | GOTV | 5/25/2010 | GOTV |
| 223 | Dale Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2006 | GOTV |
| 224 | Dale Co. Dem. Conf. | $ 2,000.00 | GOTV | 10/30/2006 | GOTV |
| 225 | Dale County Dem. Conf Tim Edwards | $ 1,000.00 | GOTV | 10/29/2010 | GOTV |
| 226 | Dale County Dem. Conf. Tim Edwards | $ 1,100.00 | GOTV | 5/25/2010 | GOTV |
| 227 | Dale County Dem. Conf. Tim Edwards | $ 1,500.00 | GOTV | 10/27/2010 | GOTV |
| 228 | Dallas Co. Dem. Conf. | $ 4,000.00 | GOTV | 10/30/2006 | GOTV |
| 229 | Dallas Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/31/2008 | GOTV |
| 230 | Dallas County Dem. Conf Henry Hicks | $ 2,500.00 | GOTV | 10/29/2010 | GOTV |
| 231 | Dallas County Dem. Conf. Henry Hicks | $ 4,014.00 | GOTV | 5/25/2010 | GOTV |
| 232 | Dallas County Dem. Conf. Henry Hicks | $ 2,500.00 | GOTV | 7/9/2010 | GOTV |
| 233 | Dekalb Co. Dem. Conf. | $ 7,625.00 | GOTV | 6/2/2006 | GOTV |
| 234 | Dekalb Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 235 | DeKalb County Dem. Conf. Clara Underwood | $ 600.00 | GOTV | 10/28/2010 | GOTV |
| 236 | DeKalb County Dem. Conf. Herman Kerley | $ 400.00 | GOTV | 5/26/2010 | GOTV |
| 237 | Donald Means | $ 1,000.00 | GOTV | 7/14/2006 | GOTV |
| 238 | Drucilla Jackson | $ 2,500.00 | GOTV | 7/18/2006 | GOTV |
| 239 | Elmore Co. Demo. Conference | $ 1,664.00 | GOTV | 2/24/2006 | GOTV |
| 240 | Elmore Co. Demo. Conference | $ 1,500.00 | GOTV | 5/31/2006 | GOTV |
| 241 | Elmore Co. Demo. Conference | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 242 | Elmore County Dem. Conf. Percy Gill | $ 1,571.20 | GOTV | 5/25/2010 | GOTV |
| 243 | Elmore County Dem. Conf. Percy Gill | $ 500.00 | GOTV | 10/29/2010 | GOTV |
| 244 | Elmore County Dem. Conf. Perry Gill | $ 2,500.00 | GOTV | 10/28/2010 | GOTV |
| 245 | Escambia Co. Dem. Conf. | $ 1,636.00 | GOTV | 6/2/2006 | GOTV |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 246 | Escambia Co. Dem. Conf. | $ 4,000.00 | GOTV | 10/30/2006 | GOTV |
| 247 | Escambia Co. Dem. Conf. | $ 1,200.00 | GOTV | 5/30/2008 | GOTV |
| 248 | Escambia County Dem. Conf. Joe Watson | $ 1,277.00 | GOTV | 5/25/2010 | GOTV |
| 249 | Escambia County Dem. Conf. Joe Watson | $ 3,000.00 | GOTV | 10/28/2010 | GOTV |
| 250 | Escambia County Dem. Conf. Joe Watson | $ 6,461.00 | GOTV | 5/27/2009 | GOTV |
| 251 | Etowah Co. Dem. Conf. | $ 6,000.00 | GOTV | 10/30/2006 | GOTV |
| 252 | Etowah Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 253 | Etowah Co. Dem. Conf Rev. Randy Kelley | $ 250.00 | GOTV | 1/29/2010 | GOTV |
| 254 | Etowah County Dem. Conf. Rev. Preston Nix | $ 1,858.00 | GOTV | 5/25/2010 | GOTV |
| 255 | Etowah County Dem. Conf. Rev. Preston Nix | $ 1,200.00 | GOTV | 5/28/2010 | GOTV |
| 256 | Fayette Co. Dem. Conf. | $ 643.00 | GOTV | 6/2/2006 | GOTV |
| 257 | Fayette Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2008 | GOTV |
| 258 | Fayette County Dem. Conf. Cedric Wilson | $ 1,200.00 | GOTV | 10/28/2010 | GOTV |
| 259 | Fayette County Dem. Conf. Cedrick Wilson | $ 504.80 | GOTV | 5/25/2010 | GOTV |
| 260 | Felix Parker | $ 125.00 | GOTV | 6/3/2008 | GOTV |
| 261 | Felix Parker, Jr. | $ 100.00 | GOTV | 5/26/2010 | GOTV |
| 262 | Felix Parker, Jr. | $ 100.00 | GOTV | 10/27/2010 | GOTV |
| 263 | Felix Parker, Jr. | $ 100.00 | GOTV | 10//27/2010 | GOTV |
| 264 | Felix Parker, Jr. | $ 300.00 | GOTV | 11/22/2010 | GOTV |
| 265 | Franklin Co. Dem. Conf. | $ 519.00 | GOTV | 6/2/2006 | GOTV |
| 266 | Franklin Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 267 | Franklin County Dem. Conf. Rev. Charles A. Dale | $ 419.80 | GOTV | 5/25/2010 | GOTV |
| 268 | Franklin County Dem. Conf. Rev. Charles A. Dale | $ 600.00 | GOTV | 5/28/2010 | GOTV |
| 269 | Franklin County Dem. Conf. Rev. Charles A. Dale | $ 1,000.00 | GOTV | 10/28/2010 | GOTV |
| 270 | Geneva Co. Dem. Conf. | $ 683.00 | GOTV | 6/2/2006 | GOTV |
| 271 | Geneva County Dem. Conf. John E. Williams | $ 525.00 | GOTV | 5/25/2010 | GOTV |
| 272 | Geneva County Dem. Conf. John E. Williams | $ 1,700.00 | GOTV | 10/27/2010 | GOTV |
| 273 | Geneva County Dem. Conf. John Williams | $ 500.00 | GOTV | 10/29/2010 | GOTV |
| 274 | Greene Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 275 | Greene County Dem. Conf. James Carter | $ 1,401.40 | GOTV | 5/25/2010 | GOTV |
| 276 | Greene County Dem. Conf. Rev. James Carter | $ 1,500.00 | GOTV | 7/9/2010 | GOTV |
| 277 | Greene County Dem. Conf. Rev. James Carter | $ 2,000.00 | GOTV | 10/28/2010 | GOTV |
| 278 | Hale Co. Dem. Conf. | $ 1,409.00 | GOTV | 6/2/2006 | GOTV |
| 279 | Hale Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 280 | Hale County Dem. Conf. Eugene Lyles | $ 1,442.20 | GOTV | 5/27/2010 | GOTV |
| 281 | Hale County Dem. Conf. Eugene Lyles | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 282 | Hale County Dem. Conf. Eugene Lyles | $ 1,000.00 | GOTV | 10/29/2010 | GOTV |
| 283 | Henry Co. Dem. Conf. | $ 993.00 | GOTV | 6/2/2006 | GOTV |
| 284 | Henry Co. Dem. Conf. | $ 2,000.00 | GOTV | 10/31/2006 | GOTV |
| 285 | Henry County Dem. Conf. Earl Jones, Sr. | $ 1,200.00 | GOTV | 7/19/2010 | GOTV |
| 286 | Henry County Dem. Conf. Gwen Baker | $ 927.00 | GOTV | 5/25/2010 | GOTV |
| 287 | Henry County Dem. Conf. Gwen Baker | $ 1,500.00 | GOTV | 10/28/2010 | GOTV |
| 288 | Henry County Dem. Conf. Gwen Baker | $ 2,500.00 | GOTV | 10/28/2010 | GOTV |
| 289 | Houston Co. Dem. Conf. | $ 6,500.00 | GOTV | 5/31/2006 | GOTV |
| 290 | Houston Co. Dem. Conf. | $ 6,500.00 | GOTV | 10/30/2006 | GOTV |
| 291 | Houston County Dem. Conf. Earl Jones, Sr. | $ 2,506.00 | GOTV | 5/25/2010 | GOTV |
| 292 | Houston County Dem. Conf. Earl Jones, Sr. | $ 2,500.00 | GOTV | 7/12/2010 | GOTV |
| 293 | Houston County Dem. Conf. Earl Jones, Sr. | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 294 | Jackson Co. Dem. Conf. | $ 615.00 | GOTV | 6/2/2006 | GOTV |
| 295 | Jackson Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 296 | Jackson County Dem. Conf. James Walker | $ 476.40 | GOTV | 5/25/2010 | GOTV |
| 297 | Jackson County Dem. Conf. James Walker | $ 125.00 | GOTV | 5/28/2010 | GOTV |
| 298 | Jefferson Co. Dem. Conf. | $ 5,000.00 | GOTV | 6/2/2006 | GOTV |
| 299 | Jefferson Co. Dem. Conf. | $ 9,000.00 | GOTV | 6/6/2006 | GOTV |
| 300 | Jefferson Co. Dem. Conf. | $ 12,000.00 | GOTV | 11/2/2006 | GOTV |
| 301 | Jefferson Co. Dem. Conf. | $ 7,000.00 | GOTV | 5/31/2008 | GOTV |
| 302 | Jefferson Count Dem. Conf. Grover Dunn | $ 10,000.00 | GOTV | 10/28/2010 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 303 | Jefferson County Dem. Conf. Grover Dunn | $ 6,000.00 | GOTV | 5/26/2010 | GOTV |
| 304 | Jefferson County Dem. Conf. Grover Dunn | $ 7,666.00 | GOTV | 6/9/2010 | GOTV |
| 305 | Jefferson County Dem. Conf. Grover Dunn | $ 3,000.00 | GOTV | 5/27/2009 | GOTV |
| 306 | Lamar Co. Dem. Conf. | $ 600.00 | GOTV | 6/2/2006 | GOTV |
| 307 | Lamar Co. Dem. Conf. | $ 500.00 | GOTV | 5/31/2008 | GOTV |
| 308 | Lamar County Dem. Conf. Avon Truelove | $ 447.40 | GOTV | 5/25/2010 | GOTV |
| 309 | Lamar County Dem. Conf. Avon Truelove | $ 1,000.00 | GOTV | 10/28/2010 | GOTV |
| 310 | Lauderdale Co. Dem. Conf. | $ 1,243.00 | GOTV | 6/2/2006 | GOTV |
| 311 | Lauderdale Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2008 | GOTV |
| 312 | Lauderdale County Dem. Ronald Collier | $ 1,136.20 | GOTV | 5/25/2010 | GOTV |
| 313 | Lawrence Co. Dem. Conf. | $ 883.00 | GOTV | 6/2/2006 | GOTV |
| 314 | Lawrence Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 315 | Lawrence Co. Dem. Conf. | $ 1,200.00 | GOTV | 5/31/2008 | GOTV |
| 316 | Lawrence County Dem. Conf. Mose Jones | $ 804.60 | GOTV | 5/25/2010 | GOTV |
| 317 | Lee Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/31/2006 | GOTV |
| 318 | Lee Co. Dem. Conf. | $ 7,000.00 | GOTV | 10/30/2006 | GOTV |
| 319 | Lee Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 320 | Lee County Dem. Conf Patricia Jones | $ 3,312.80 | GOTV | 5/25/2010 | GOTV |
| 321 | Lee County Dem. Conf. Pat Jones | $ 700.00 | GOTV | 5/28/2010 | GOTV |
| 322 | Lee County Dem. Conf. Pat Jones | $ 3,000.00 | GOTV | 6/9/2010 | GOTV |
| 323 | Lee County Dem. Conf. Pat Jones | $ 7,500.00 | GOTV | 10/28/2010 | GOTV |
| 324 | Limestone Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2006 | GOTV |
| 325 | Limestone Co. Dem. Conf. | $ 2,000.00 | GOTV | 6/6/2006 | GOTV |
| 326 | Limestone Co. Dem. Conf. | $ 1,500.00 | GOTV | 10/30/2006 | GOTV |
| 327 | Limestone Co. Dem. Conf. | $ 1,200.00 | GOTV | 5/31/2008 | GOTV |
| 328 | Limestone County Dem. Conf. James Lucas | $ 1,189.40 | GOTV | 5/25/2010 | GOTV |
| 329 | Limstone County Dem. Conf. James Lucas | $ 1,000.00 | GOTV | 5/28/2/010 | GOTV |
| 330 | Lowndes Co. Dem. Conf. | $ 2,500.00 | GOTV | 6/2/2006 | GOTV |
| 331 | Lowndes Co. Dem. Conf. | $ 1,000.00 | GOTV | 11/2/2006 | GOTV |
| 332 | Lowndes County Dem Con Steven Thigpen | $ 1,400.00 | GOTV | 11/1/2010 | GOTV |
| 333 | Lowndes County Dem. Conf David Calsten | $ 1,400.00 | GOTV | 11/1/2010 | GOTV |
| 334 | Lowndes County Dem. Conf. | $ 500.00 | GOTV | 10/29/2010 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 335 | Lowndes County Dem. Conf. | $ 1,500.00 | GOTV | 10/28/2010 | GOTV |
| 336 | Lowndes County Dem. Conf. David Colston | $ 1,519.20 | GOTV | 5/27/2010 | GOTV |
| 337 | Macon Co. Dem. Conf. | $ 2,200.00 | GOTV | 6/2/2006 | GOTV |
| 338 | Macon Co. Dem. Conf. | $ 2,000.00 | GOTV | 11/6/2006 | GOTV |
| 339 | Macon Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 340 | Macon County Dem. Conf Shirley Currey | $ 2,500.00 | GOTV | 7/9/2010 | GOTV |
| 341 | Macon County Dem. Conf. Shirley Curry | $ 2,521.00 | GOTV | 5/25/2010 | GOTV |
| 342 | Macon County Dem. Conf. Shirley Curry | $ 1,800.00 | GOTV | 10/28/2010 | GOTV |
| 343 | Madison Co. Dem. Conf. | $ 11,000.00 | GOTV | 6/1/2006 | GOTV |
| 344 | Madison Co. Dem. Conf. | $ 9,000.00 | GOTV | 11/2/2006 | GOTV |
| 345 | Madison County Dem. Conf. Eddie Sherrod | $ 7,775.80 | GOTV | 5/25/2010 | GOTV |
| 346 | Madison County Dem. Conf. Eddie Sherrod | $ 2,500.00 | GOTV | 5/28/2010 | GOTV |
| 347 | Marengo Co. Dem. Conf. | $ 1,850.00 | GOTV | 6/2/2006 | GOTV |
| 348 | Marengo Co. Dem. Conf. | $ 2,500.00 | GOTV | 6/2/2006 | GOTV |
| 349 | Marengo Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 350 | Marengo Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 351 | Marengo County Dem. Conf. William Martin | $ 1,628.00 | GOTV | 5/25/2010 | GOTV |
| 352 | Marengo County Dem. Conf. William Martin | $ 1,500.00 | GOTV | 7/12/2010 | GOTV |
| 353 | Marengo County Dem. Conf. William Martin | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 354 | Marion Co. Dem. Conf. | $ 450.00 | GOTV | 6/2/2006 | GOTV |
| 355 | Marion Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 356 | Marion County Dem. Conf. Ann Turner | $ 380.60 | GOTV | 5/25/2010 | GOTV |
| 357 | Marion County Dem. Conf. Ann Turner | $ 750.00 | GOTV | 10/28/2010 | GOTV |
| 358 | Marshall Co. Dem. Conf. | $ 497.00 | GOTV | 6/2/2006 | GOTV |
| 359 | Marshall Co. Dem. Conf. | $ 300.00 | GOTV | 5/31/2008 | GOTV |
| 360 | Marshall County Dem. Conf. Alice Staten | $ 388.20 | GOTV | 5/25/2010 | GOTV |
| 361 | Maurice Rollins Campaign | $ 2,500.00 | GOTV | 5/2/2010 | GOTV |
| 362 | Mobile Co. Dem. Conf. | $ 1,000.00 | GOTV | 11/1/2004 | GOTV |
| 363 | Mobile Co. Dem. Conf. | $ 10,000.00 | GOTV | 6/2/2006 | GOTV |
| 364 | Mobile Co. Dem. Conf. | $ 2,000.00 | GOTV | 6/6/2006 | GOTV |
| 365 | Mobile Co. Dem. Conf. | $ 12,000.00 | GOTV | 11/2/2006 | GOTV |
| 366 | Mobile Co. Dem. Conf. | $ 4,000.00 | GOTV | 5/31/2008 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 367 | Mobile County Dem Conf Winston Jones | $ 1,500.00 | GOTV | 8/12/2009 | GOTV |
| 368 | Mobile County Dem. Conf Winston James | $ 10,000.00 | GOTV | 10/28/2010 | GOTV |
| 369 | Mobile County Dem. Conf. Winston James | $ 14,778.40 | GOTV | 5/27/2010 | GOTV |
| 370 | Mobile County Dem. Conf. Winston James | $ 2,611.00 | GOTV | 5/27/2009 | GOTV |
| 371 | Monroe Co. Dem. Conf. | $ 1,358.00 | GOTV | 6/2/2006 | GOTV |
| 372 | Monroe Co. Dem. Conf. | $ 2,500.00 | GOTV | 10/30/2006 | GOTV |
| 373 | Monroe Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 374 | Monroe County Dem. Conf. Barbara Turner | $ 1,273.40 | GOTV | 5/25/2010 | GOTV |
| 375 | Monroe County Dem. Conf. Barbara Turner | $ 1,500.00 | GOTV | 7/9/2010 | GOTV |
| 376 | Monroe County Dem. Conf. Barbara Turner | $ 300.00 | GOTV | 10/28/2010 | GOTV |
| 377 | Monroe County Dem. Conf. Barbara Turner | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 378 | Monroe County Dem. Conf. Barbara Turner | $ 653.50 | GOTV | 5/27/2009 | GOTV |
| 379 | Montg. County Dem Conf Rep. John Knight | $ 25,000.00 | GOTV | 5/24/2010 | GOTV |
| 380 | Montgomery Co. Dem. Conf. | $ 5,000.00 | GOTV | 6/6/2006 | GOTV |
| 381 | Montgomery Co. Dem. Conf. | $ 1,000.00 | GOTV | 11/1/2004 | GOTV |
| 382 | Montgomery Co. Dem. Conf. | $ 12,000.00 | GOTV | 6/2/2006 | GOTV |
| 383 | Montgomery Co. Dem. Conf. | $ 2,000.00 | GOTV | 6/2/2006 | GOTV |
| 384 | Montgomery Co. Dem. Conf. | $ 5,000.00 | GOTV | 11/2/2006 | GOTV |
| 385 | Montgomery County Dem. Conf. Rep. John Knight | $ 2,400.00 | GOTV | 7/14/2010 | GOTV |
| 386 | Montgomery County Dem. Conf. Rep. John Knight | $ 10,000.00 | GOTV | 10/28/2010 | GOTV |
| 387 | Montgomery County Dem. Conf. Ron Sanders | $ 100.00 | GOTV | 6/1/2010 | GOTV |
| 388 | Morgan Co. Dem. Conf. | $ 8,000.00 | GOTV | 5/31/2006 | GOTV |
| 389 | Morgan Co. Dem. Conf. | $ 7,000.00 | GOTV | 10/30/2006 | GOTV |
| 390 | Morgan Co. Dem. Conf. | $ 500.00 | GOTV | 5/31/2008 | GOTV |
| 391 | Morgan County Dem. Conf. George Hearring | $ 1,541.20 | GOTV | 5/25/2010 | GOTV |
| 392 | Perry Co. Dem. Conf. | $ 1,342.00 | GOTV | 6/2/2006 | GOTV |
| 393 | Perry Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 394 | Perry Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 395 | Perry County Dem. Conf. James May | $ 1,279.00 | GOTV | 5/25/2010 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 396 | Perry County Dem. Conf. James May | $ 1,500.00 | GOTV | 7/16/2010 | GOTV |
| 397 | Perry County Dem. Conf. James May | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 398 | Pickens Co. Dem. Conf. | $ 2,000.00 | GOTV | 6/2/2006 | GOTV |
| 399 | Pickens Co. Dem. Conf. | $ 500.00 | GOTV | 5/31/2008 | GOTV |
| 400 | Pickens County Dem. Conf. Herbert Lavender | $ 1,228.20 | GOTV | 5/25/2010 | GOTV |
| 401 | Pickens County Dem. Conf. Herbert Lavender | $ 1,500.00 | GOTV | 7/9/2010 | GOTV |
| 402 | Pickens County Dem. Conf. Herbert Lavender | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 403 | Pickens County Dem. Conf. Herbert Lavender | $ 1,000.00 | GOTV | 10/29/2010 | GOTV |
| 404 | Pike Co. Dem. Conf. | $ 1,423.00 | GOTV | 6/2/2006 | GOTV |
| 405 | Pike Co. Dem. Conf. | $ 3,000.00 | GOTV | 11/2/2006 | GOTV |
| 406 | Pike County Dem. Conf Samuel Gillis | $ 1,800.00 | GOTV | 10/29/2010 | GOTV |
| 407 | Pike County Dem. Conf. Samuel Gillis | $ 1,467.80 | GOTV | 5/25/2010 | GOTV |
| 408 | Pike County Dem. Conf. Samuel Gillis | $ 1,000.00 | GOTV | 10/27/2010 | GOTV |
| 409 | Randolph Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/31/2006 | GOTV |
| 410 | Randolph Co. Dem. Conf. | $ 2,500.00 | GOTV | 10/30/2006 | GOTV |
| 411 | Randolph Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 412 | Randolph County Dem Conf. Cotina Terry | $ 3,000.00 | GOTV | 10/28/2010 | GOTV |
| 413 | Randolph County Dem. Conf. Cotina Terry | $ 762.20 | GOTV | 5/25/2010 | GOTV |
| 414 | Randolph County Dem. Conf. Cotina Terry | $ 738.00 | GOTV | 5/28/2010 | GOTV |
| 415 | Randolph County Dem. Conf. Cotina Terry | $ 150.00 | GOTV | 6/4/2010 | GOTV |
| 416 | Russell Co. Dem. Conf. | $ 1,200.00 | GOTV | 6/2/2006 | GOTV |
| 417 | Russell Co. Dem. Conf. | $ 2,700.00 | GOTV | 10/30/2006 | GOTV |
| 418 | Russell Co. Dem. Conf. | $ 2,500.00 | GOTV | 5/29/2008 | GOTV |
| 419 | Russell Count Dem. Conf. Rev. Andrew Pough | $ 4,000.00 | GOTV | 10/28/2010 | GOTV |
| 420 | Russell County Dem. Conf. Rev. Andrew Pough | $ 2,418.00 | GOTV | 5/25/2010 | GOTV |
| 421 | Russell County Dem. Conf. Rev. Andrew Pough | $ 2,500.00 | GOTV | 6/9/2010 | GOTV |
| 422 | Service Printing Company | $ 24,230.22 | GOTV | 5/29/2010 | GOTV |
| 423 | Service Printing Company | $ 1,018.28 | GOTV | 5/27/2009 | GOTV |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 424 | Shelby Co. Dem. Conf. | $ 1,107.00 | GOTV | 6/2/2006 | GOTV |
| 425 | Shelby Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2008 | GOTV |
| 426 | Shelby County Dem. Conf. Walter Turner | $ 2,024.40 | GOTV | 5/25/2010 | GOTV |
| 427 | St. Clair Co. Dem. Conf. | $ 880.00 | GOTV | 6/2/2006 | GOTV |
| 428 | St. Clair Co. Dem. Conf. | $ 2,000.00 | GOTV | 11/6/2006 | GOTV |
| 429 | St. Clair Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 430 | St. Clair County Dem. Henry C. Wright | $ 854.80 | GOTV | 5/25/2010 | GOTV |
| 431 | Sumter Co. Dem. Conf. | $ 2,000.00 | GOTV | 6/2/2006 | GOTV |
| 432 | Sumter Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 433 | Sumter Co. Dem. Conf. | $ 1,200.00 | GOTV | 5/31/2008 | GOTV |
| 434 | Sumter County Dem. Conf. Betty Maye | $ 1,395.20 | GOTV | 5/25/2010 | GOTV |
| 435 | Sumter County Dem. Conf. Betty Maye | $ 1,500.00 | GOTV | 7/9/2010 | GOTV |
| 436 | Sumter County Dem. Conf. Betty Maye | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 437 | T. O. P. S. | $ 500.00 | GOTV | 10/6/2008 | GOTV |
| 438 | Talladega Co. Dem. Conf. | $ 7,000.00 | GOTV | 5/31/2006 | GOTV |
| 439 | Talladega Co. Dem. Conf. | $ 7,000.00 | GOTV | 10/30/2006 | GOTV |
| 440 | Talladega Co. Dem. Conf. | $ 2,000.00 | GOTV | 5/31/2008 | GOTV |
| 441 | Talladega County Dem. Conf. Eddie Tucker | $ 2,961.60 | GOTV | 5/25/2010 | GOTV |
| 442 | Talladega County Dem. Conf. Eddie Tucker | $ 7,000.00 | GOTV | 10/28/2010 | GOTV |
| 443 | Tallapoosa Co. Dem. Conf. | $ 1,491.00 | GOTV | 6/2/2006 | GOTV |
| 444 | Tallapoosa Co. Dem. Conf. | $ 3,000.00 | GOTV | 10/30/2006 | GOTV |
| 445 | Tallapoosa Co. Dem. Conf. | $ 1,200.00 | GOTV | 5/31/2008 | GOTV |
| 446 | Tallapoosa County Dem. Conf. Garland Gamble | $ 3,000.00 | GOTV | 10/28/2010 | GOTV |
| 447 | Tallapoosa County Dem. Garland Gamble | $ 1,376.40 | GOTV | 5/25/2010 | GOTV |
| 448 | Tony Cherry Campaign | $ 175.00 | GOTV | 5/31/2008 | GOTV |
| 449 | Tuscaloosa Co. Dem. Conf. | $ 2,500.00 | GOTV | 9/2/2004 | GOTV |
| 450 | Tuscaloosa Co. Dem. Conf. | $ 5,000.00 | GOTV | 6/2/2006 | GOTV |
| 451 | Tuscaloosa Co. Dem. Conf. | $ 6,000.00 | GOTV | 11/2/2006 | GOTV |
| 452 | Tuscaloosa Co. Dem. Conf. | $ 3,000.00 | GOTV | 5/31/2008 | GOTV |
| 453 | Tuscaloosa County Dem. Conf. Curtis Travis | $ 3,000.00 | GOTV | 10/28/2010 | GOTV |
| 454 | Tuscaloosa County Dem. Conf. Curtis Travis | $ 4,000.00 | GOTV | 10/29/2010 | GOTV |
| 455 | Tuscaloosa County Dem. Curtin Travis | $ 4,500.00 | GOTV | 7/9/2010 | GOTV |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 456 | Tuscaloosa County Dem. Curtis Travis | $ 5,204.40 | GOTV | 5/25/2010 | GOTV |
| 457 | UPS | $ 275.93 | GOTV | 7/29/2010 | GOTV |
| 458 | UPS | $ 24.62 | GOTV | 8/31/2010 | GOTV |
| 459 | UPS | $ 185.00 | GOTV | | GOTV |
| 460 | Walker Co. Dem. Conf. | $ 3,500.00 | GOTV | 6/2/2006 | GOTV |
| 461 | Walker Co. Dem. Conf. | $ 1,000.00 | GOTV | 5/31/2008 | GOTV |
| 462 | Walker County Dem. Conf. Theodore Branch | $ 665.20 | GOTV | 5/25/2010 | GOTV |
| 463 | Walker County Dem. Conf. Theodore Branch | $ 1,000.00 | GOTV | 10/28/2010 | GOTV |
| 464 | Washington Co. Dem. Conf. | $ 1,000.00 | GOTV | 1/21/2005 | GOTV |
| 465 | Washington Co. Dem. Conf. | $ 4,500.00 | GOTV | 5/31/2006 | GOTV |
| 466 | Washington Co. Dem. Conf. | $ 4,000.00 | GOTV | 6/6/2006 | GOTV |
| 467 | Washington Co. Dem. Conf. | $ 4,000.00 | GOTV | 10/30/2006 | GOTV |
| 468 | Washington Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 469 | Washington County Dem. Conf. Joseph Abston | $ 2,700.00 | GOTV | 10/28/2010 | GOTV |
| 470 | Washington County Dem. Conf. Joseph Abston | $ 2,954.00 | GOTV | 5/27/2009 | GOTV |
| 471 | Washington County Dem. Joseph Abston | $ 803.40 | GOTV | 5/25/2010 | GOTV |
| 472 | Wilcox Co. Dem. Conf. | $ 2,500.00 | GOTV | 6/6/2006 | GOTV |
| 473 | Wilcox Co. Dem. Conf. | $ 3,000.00 | GOTV | 11/2/2006 | GOTV |
| 474 | Wilcox Co. Dem. Conf. | $ 1,500.00 | GOTV | 5/31/2008 | GOTV |
| 475 | Wilcox County Dem Conf. Golder Harris | $ 1,500.00 | GOTV | 7/9/2010 | GOTV |
| 476 | Wilcox County Dem. Conf. Golden Harris | $ 1,263.60 | GOTV | 5/25/2010 | GOTV |
| 477 | Wilcox County Dem. Conf. Golder Harris | $ 2,000.00 | GOTV | 10/29/2010 | GOTV |
| 478 | Alderman Sandy Jackson | $ 1,000.00 | Contribution (GOTV) | 8/30/2007 | GOTV via candidate |
| 479 | C. C. Calhoun | $ 500.00 | Contribution (GOTV) | 11/1/2007 | GOTV via candidate |
| 480 | David Sullivan | $ 2,500.00 | Contribution (GOTV) | 8/--/2007 | GOTV via candidate |
| 481 | James Nuckles | $ 1,000.00 | Contribution (GOTV) | 9/5/2007 | GOTV via candidate |
| 482 | Janet May | $ 4,000.00 | Contribution (GOTV) | 9/5/2007 | GOTV via candidate |
| 483 | Merceria Ludgood | $ 2,500.00 | Contribution (GOTV) | 10/1/2007 | GOTV via candidate |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Expenditure To | Expenditure Amount | Purpose of Expenditure | Date of Expenditure | category |
| 484 | Bettye Maye | $ 1,000.00 | GOTV | 12/6/2005 | GOTV via candidate |
| 485 | Bettye Maye Campaign | $ 3,000.00 | GOTV | 6/2/2006 | GOTV via candidate |
| 486 | Beverly Ross Campaign | $ 1,500.00 | GOTV | 2/16/2010 | GOTV via candidate |
| 487 | Beverly Ross Campaign | $ 1,500.00 | GOTV | 10/22/2010 | GOTV via candidate |
| 488 | Bill Clarke | $ 2,000.00 | GOTV | 6/2/2006 | GOTV via candidate |
| 489 | Bill Clarke | $ 500.00 | GOTV | 7/12/2006 | GOTV via candidate |
| 490 | Bryan Baker | $ 50.00 | GOTV | 10/23/2009 | GOTV via candidate |
| 491 | Committee to Elect Gaynelle Hendricks | $ 1,000.00 | GOTV | 10/10/2006 | GOTV via candidate |
| 492 | Debra Huntley | $ 465.00 | GOTV | 6/3/2008 | GOTV via candidate |
| 493 | Frankye Underwood | $ 1,000.00 | GOTV | 5/31/2008 | GOTV via candidate |
| 494 | Jason Guice | $ 500.00 | GOTV | 7/17/2006 | GOTV via candidate |
| 495 | Kathy McShan | $ 100.00 | GOTV | 2/27/2006 | GOTV via candidate |
| 496 | Mary Briers Campaign | $ 1,500.00 | GOTV | 2/16/2010 | GOTV via candidate |
| 497 | Mary Briers Campaign | $ 1,000.00 | GOTV | 10/1/2010 | GOTV via candidate |
| 498 | Maurice Mercer | $ 100.00 | GOTV | 5/31/2008 | GOTV via candidate |
| 499 | Mike McClure | $ 50.00 | GOTV | 10/23/2009 | GOTV via candidate |
| 500 | Montgomery County Dem. Party | $ 100.00 | GOTV | 10/22/2010 | GOTV via candidate |
| 501 | Priscilla Dunn (Repl) Campaign | $ 5,000.00 | GOTV | | GOTV via candidate |
| 502 | Priscilla Dunn (Repl) Campaign | $ 5,000.00 | GOTV | 6/5/2009 | GOTV via candidate |
| 503 | Rep. Priscilla Dunn Campaign | $ 4,000.00 | GOTV | 5/7/2009 | GOTV via candidate |
| 504 | Robby Jackson | $ 50.00 | GOTV | 10/23/2009 | GOTV via candidate |
| 505 | Stafford Moore | $ 275.00 | GOTV | 10/25/2004 | GOTV via candidate |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | **Expenditure To** | **Expenditure Amount** | **Purpose of Expenditure** | **Date of Expenditure** | **category** |
| 506 | Tamara Taylor | $ 150.00 | GOTV | 5/31/2008 | GOTV via candidate |
| 507 | James Johnson | $ 133.00 | Voter Registration | 11/1/2007 | Voter Reg |
| 508 | Yolanda Faulk | $ 148.00 | Voter Registration | 11/1/2007 | Voter Reg |
| 509 | **GRAND TOTAL** | $ 1,243,290.30 | | | |
| 510 | **SUBTOTALS** | $ 301,421.58 | | | **Admin** |
| 511 | | $ 22,838.85 | | | **Contribution** |
| 512 | | $ 877,408.87 | | | **GOTV** |
| 513 | | $ 41,340.00 | | | **GOTV via candidate** |
| 514 | | $ 281.00 | | | **Voter Reg** |