# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No.: 5:11-cv-2449-JEO |
| v. | )<br>) |
| LUTHER STRANGE, in his official capacity as Attorney General of Alabama, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

This case is currently set for a hearing on Defendants' Motion to Dismiss and Plaintiffs' Motion for Partial Summary Judgment on Monday, November 21, 2011. Having reviewed the submitted briefs, the court is interested in receiving additional information concerning the constitutionality of the statute as it applies to the Alabama Democratic Conference's proposed segregated funding system (as opposed to the facial constitutionality of statute). The parties should be prepared to address this at oral argument. Additionally, should the parties wish to submit any supplemental briefing on this, or any other issue, such briefing **SHALL** be limited to ten pages and **SHALL** be filed by 4:30 p.m. on Friday, November 18, 2011.

**DONE** this   15th   day of November, 2011.

_____
**JOHN E. OTT**
United States Magistrate Judge