IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ALABAMA,
NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, et al.,<br><br>            Plaintiffs,<br><br>  v.<br><br>LUTHER STRANGE in his official capacity as the Attorney General of Alabama; et al.,<br><br>            Defendants. | CIVIL ACTION NO.<br>5:11-cv-02449-JEO |

## Plaintiffs' Notice of New Authority

1.  On 12 December 2011, the U.S. Court of Appeals for the Seventh Circuit issued its opinion in *Wisconsin Right to Life State Political Action Committee v. Barland,* No. 11-2623 ("WRTL"). A copy of the slip opinion is attached.

2.  The *WRTL* plaintiff brought a First Amendment challenge to a Wisconsin statute "that limits the amount individuals may contribute to state and local candidates, political parties, and political committees to a 'total of $10,000 in any calendar year.'" *WRTL* at 1.

3.  The Court discussed the First Amendment challenge brought by the plaintiff and its analysis beginning at page 21 of the opinion.

4. The Court summarized its holding:

> [T]he Supreme Court has firmly rejected the argument that burdens on political speech might be justified based on their tendency to indirectly serve the government's anticorruption interest. *WRTL* at 3. … That's the unmistakable upshot of the Court's categorical holding in Citizens United that independent expenditures do not corrupt or appear to corrupt.
>
> Accordingly, we conclude that applying section 11.26(4), the $10,000 aggregate annual contribution cap, to contributions to independent-expenditure committees like the Right to Life PAC violates the First Amendment.

*WRTL* at 29.

5. WHEREFORE, the Plaintiffs pray that the Court will consider *WRTL* in reaching its decision on the pending motions.

Submitted by,

/s/ Edward Still

Osaygefo Grubbs
Joe M. Reed & Associates, LLC
524 S. Union Street
Montgomery, AL 36104
Phone: 334-834-2000
Fax: 334-834-2088
email: ogrubbs@bellsouth.net

Edward Still
PMB 304
130 Wildwood Pkwy STE 108
Birmingham AL 35209
Phone & fax: 205-320-2882
email: still@votelaw.com

John K. Tanner
3743 Military Rd, NW
Washington DC 20015
Phone: 202-503-7696
Email:
john.k.tanner@gmail.com


CERTIFICATE OF SERVICE

I certify that on 13 December 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

James W. Davis
Winfield J. Sinclair
William Parker Jr.
Attorney General's Office
PO Box 300152
Montgomery, AL 36130-0152
jimdavis@ago.state.al.us
wparker@ago.state.al.us
wsinclair@ago.state.al.us


/s/ Edward Still