# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **THE ALABAMA DEMOCRATIC CONFERENCE, et al.,** ) ) ) | |
| **Plaintiffs,** ) ) | |
|  ) | **Case No.:  5:11-cv-2449-JEO** |
| **v.** ) ) | |
| **LUTHER STRANGE, in his official capacity as Attorney General of Alabama, et al.,** ) ) ) ) ) | |
| **Defendants.** ) | |

## FINAL ORDER

This case is before the court on Defendants' Motion to Dismiss (doc. 7) and Plaintiffs' Motion for Partial Summary Judgment (doc. 9).  In accordance with the Memorandum Opinion entered contemporaneously with this order, Plaintiffs' Motion for Partial Summary Judgment (doc. 9) is **GRANTED**.  Additionally, Defendants' Motion to dismiss (doc. 7) is **GRANTED IN PART AND DENIED IN PART**.  The motion to dismiss is granted with respect to Count Two and denied with respect to Count One.  Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** that

1. ALA. CODE § 17-5-15(b), as amended by Act 2010-765, is declared unconstitutional as applied to contributions the Alabama Democratic Conference receives to make independent expenditures;

2. Defendants, their agents, servants, successors, and those acting in concert with them shall not enforce ALA. CODE § 17-5-15(b) against Plaintiffs with regard to contributions the Alabama Democratic Conference receives to make independent

expenditures as long as the Alabama Democratic Conference maintains a separate bank account so that funds received from any PAC, 527 organization, or private foundation shall only used for independent expenditures; and

3. Count Two of Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE**.

Plaintiffs may move for attorneys' fees and costs pursuant to 42 U.S.C. § 1988 within twenty-one days of this order.

**DONE** this ___14th___ day of December, 2011.

_____
**JOHN E. OTT**
United States Magistrate Judge