# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, *et al.*, <br><br>*Plaintiffs,*<br><br>v.<br><br>LUTHER STRANGE, in his official capacity as Attorney General of Alabama, *et al.*,<br><br>*Defendants.* | Civil Action No.<br>5:11-cv-02449-JEO |

## NOTICE OF APPEAL

Notice is hereby given that Attorney General Strange and District Attorneys Broussard and Graham, defendants in this case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final order entered December 14, 2011 in which the Court granted the plaintiffs' motion for partial summary judgment. *See* doc. 25.

    Respectfully submitted,

    LUTHER STRANGE (ASB-0036-G42L)
    *Attorney General*

    s/William G. Parker, Jr.
    Winfield J. Sinclair (ASB-1750-S81W)
    James W. Davis (ASB-4063-I58J)
    William G. Parker, Jr. (ASB-5142-I72P)
    *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8440 (fax)
wsinclair@ago.state.al.us
jimdavis@ago.state.al.us
wparker@ago.state.al.us

**Attorneys for Attorney General Strange, District Attorney Broussard, and District Attorney Graham**

# CERTIFICATE OF SERVICE

I certify that on December 15, 2011, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the following persons:

Edward Still
130 Wildwood Parkway
Suite 108 - PMP 304
Birmingham, AL 35209
(205) 320-2882
still@votelaw.com

John K. Tanner
JOHN TANNER LAW OFFICE
3743 Military Road NW
Washington, DC 20015
(202) 503-7696
john.k.tanner@gmail.com

Norman O Grubbs
JOE M. REED & ASSOCIATES LLC
524 South Court Street
Montgomery, AL 36104
(334) 834-2000
ogrubbs@bellsouth.net

                                          s/William G. Parker, Jr.
                                          Winfield J. Sinclair (ASB-1750-S81W)
                                          James W. Davis (ASB-4063-I58J)
                                          William G. Parker, Jr. (ASB-5142-I72P)
                                          *Assistant Attorneys General*