

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Hugo L. Black United States Courthouse
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

December 19, 2011

Mr. Thomas K. Kahn, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

11-16040E

U.S.D.C. No. CV 11-JEO-2449-NE
U.S.C.A. No. NEW CASE
IN RE: The Alabama Democratic Conference, et al vs Luther Strange, et al

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this transmittal.

X    Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

     Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.; volume(s) of transcripts;

     First Notice of Appeal?  Dates of other Notices:

     The following materials **SEALED** in this court (order enclosed) consisting of:

     Original papers (court file) and certified copy of docket entries per USCA request.

     There was no hearing from which a transcript could be made.

     Copy of CJA Form 20 or District Court order appointing counsel.

X    The appellant docket fee has been paid.  YES   Date Paid: 12/19/11

     The appellant has been  leave to appeal in forma pauperis and  a request for certificate of appealability (order enclosed).

X    The Judge/Magistrate Judge appealed from is:  Magistrate Judge John E Ott

     The Court Reporter is:  205-252-6565.

     This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

     This is a **DEATH PENALTY** appeal.

     Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

     Other:

xc: Counsel                         Sharon Harris, Clerk

                                    By: R. Englebert
                                        Deputy Clerk

11-16040

Sharon Harris
United States District Court
101 HOLMES AVE STE
HUNTSVILLE, AL 35801

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 03, 2012

James W. Davis
Alabama Attorney General's Office
501 WASHINGTON AVE
MONTGOMERY, AL 36130

William Glenn Parker Jr.
Alabama Attorney General's Office
501 WASHINGTON AVE
MONTGOMERY, AL 36130

Winfield J. Sinclair
Alabama Attorney General's Office
501 WASHINGTON AVE
MONTGOMERY, AL 36130

Appeal Number: 11-16040-E
Case Style: Alabama Demorcratic Conference, et al v. Robert Broussard, et al
District Court Docket No: 5:11-cv-02449-JEO

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Although trial exhibits are routinely transmitted to this court, contraband, weapons, and currency may not be sent except by court order. Also, counsel must arrange at their own expense for transportation to and from this office of oversized exhibits. See 11th Cir. R. 11-3.

In lieu of arranging for transmittal by the district court of oversized physical exhibits, parties are encouraged to substitute photographs, diagrams, or models of lesser size and weight, or to stipulate to the nature and content of such exhibits. Exhibits retained by the district court remain a part of the record on appeal for all purposes [Fed.R.App.P. 11], and thus requests to transmit oversized exhibits are discouraged.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. An attorney not yet

properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov . The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file an original and one copy of a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov , and as provided by 11th Cir. R. 33-1(a).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

DKT-1 Appeal NO Deficiency