FILED
2014 Jan-27 AM 08:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | Case No.: 5:11-cv-2449-JEO ) ) |
| LUTHER STRANGE, in his official capacity as Attorney General of Alabama, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the court on Plaintiffs' Motion for Preliminary Injunction (doc. 37), filed January 16, 2014. The court held a telephone conference with the parties on January 22, 2014. During the telephone conference, the parties and court agreed that the most expeditious way to resolve the case was to combine the Motion for Preliminary Injunction with a final adjudication on the merits.[1] In order to accomplish this, the parties shall be allowed to conduct discovery on an accelerated schedule. Said discovery shall be completed by **March 14, 2014.** Plaintiffs shall file their amended brief by **April 4, 2014**. Defendants shall file any response by **April 25, 2014**. Plaintiffs shall file any reply by **May 5, 2014**. This case is **SET** for a telephone conference on **May 9, 2014, at 10:00 a.m.** to discuss whether a hearing is necessary. The call-in number is 205-278-2186 and the Meeting ID is 3895.

---

[1] The Motion for Preliminary will remain pending. Plaintiffs will supplement their briefing in accordance with this Order.

**DONE** this 27th day of January, 2014.

_____
**JOHN E. OTT**
United States Magistrate Judge