IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>LUTHER STRANGE, in his official capacity as Attorney General of Alabama, et al., )<br><br>Defendants. ) | Case No. 5:11-cv-2449-JEO |

**ORDER**

This case is before the court on Motion for Protective Order by Defendant Luther Strange (doc. 39), filed February 14, 2014. The motion has been fully briefed. (Docs. 39 & 40). The court held an on-the-record telephone conference with the parties on February 27, 2014. The court agrees with Plaintiffs that they are entitled to depose a Rule 30(b)(6) representative of Defendants. However, the scope of Notice of Deposition under Rule 30(b)(6) (doc. 39-1) before the court is overly broad. As such, Defendant Luther Strange's Motion for Protective Order (doc. 39) is **GRANTED** as to the current deposition notice.

On or before **March 4, 2014**, Plaintiffs shall issue a new deposition notice with more specific questions in the topical areas that seek factual responses that are more closely tethered to the issues this case. The deposition of the 30(b)(6) representative will occur on or about March 18, 2014.

This case is **SET** for a telephone conference at **4:00 p.m. on March 10, 2014.** Should Defendant Luther Strange need to file a motion for protective order as to this second deposition

notice, said motion should be filed before **noon on March 10, 2014.**

**DONE,** this 3rd day of March, 2014.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge