FILED
2015 Aug-03 AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, et al., | ) ) ) ) |
| Plaintiffs, | ) Case No.: 5:11-cv-02449-JEO ) |
| v. | ) ) |
| LUTHER STRANGE, in his official capacity as Attorney General of Alabama, et al., | ) ) ) ) |
| Defendants. | |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, Plaintiffs' Second Motion for Preliminary Injunction (doc. 43) and Defendants' Motion for Summary Judgment (doc. 44) are **DENIED** and the court finds on the merits that ALA. CODE § 17-5-15(b) is constitutional as applied to the Alabama Democratic Conference.

**DONE**, this 31st day of July, 2015.

_____
JOHN E. OTT
Chief United States Magistrate Judge