IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ALABAMA,
NORTHEASTERN DIVISION

| | |
|---|---|
| THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LUTHER STRANGE in his official capacity as the Attorney General of Alabama; et al.,<br><br>Defendants. | CIVIL ACTION NO. 5:11-cv-02449-JEO |

## Plaintiffs' Notice of Appeal

THE ALABAMA DEMOCRATIC CONFERENCE, an Alabama political action committee, DR. EDDIE GREENE, JAMES GRIFFIN, BOB HARRISON, EMMITT E. JIMMAR, and JIMMIE PAYNE give notice of their appeal, to the United States Court of Appeals for the Eleventh Circuit, of the District Court's Memorandum Opinion and Order (doc. 59) and Judgment (doc. 60), entered 3 August 2015.

Submitted by,

/s/ Edward Still

| | |
|---|---|
| John K. Tanner<br>3743 Military Rd, NW<br>Washington DC 20015<br>Phone: 202-503-7696<br>Email: john.k.tanner@gmail.com | Edward Still<br>429 Green Springs Hwy STE 161-604<br>Birmingham AL 35209<br>Phone & fax: 205-320-2882<br>email: still@votelaw.com |

| | |
|---|---|
| Joe M. Reed<br>Joe M. Reed & Associates, LLC<br>524 S. Union Street<br>Montgomery, AL 36104<br>Phone: 334-834-2000<br>Fax: 334-834-2088<br>email: joe@joereedlaw.com | Norman Osaygefo Grubbs<br>The Grubbs Firm<br>1904 Berryhill Rd Ste 100<br>Montgomery, AL 36117-7789<br>E-mail:<br>ogrubbs@mylawyerlobby.com<br>Phone & fax: 334-523-9200 |

## CERTIFICATE OF SERVICE

I certify that on 29 August 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Andrew L. Brasher
James W. Davis
Winfield J. Sinclair
William Parker Jr.
Attorney General's Office
PO Box 300152
Montgomery, AL 36130-0152
abrasher@ago.state.al.us
jimdavis@ago.state.al.us
wparker@ago.state.al.us
wsinclair@ago.state.al.us

/s/ Edward Still