IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-13920-CC

ALABAMA DEMOCRATIC CONFERENCE, THE,
an Alabama political action committee,
DR. EDDIE GREENE,
JAMES GRIFFIN,
BOB HARRISON,
EMMITT E JIMMAR,
JIMMIE PAYNE,

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 08 2015
Amy C. Nerenberg
Acting Clerk of Court

Plaintiffs - Appellants,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,
ROBERT L. BROUSSARD,
in his official capacity as District Attorney for the
23rd Judicial Circuit,
BRYCE U. GRAHAM, JR.,
in his official capacity as District Attorney for the
31st Judicial Circuit,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Alabama

Before: TJOFLAT and WILSON, Circuit Judges.

BY THE COURT:

The Appellants' motion to reinstate the appeal is GRANTED.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 08, 2015

Sharon Harris
U.S. District Court
101 HOLMES AVE
HUNTSVILLE, AL 35801

Appeal Number: 15-13920-CC
Case Style: Alabama Democratic Conference, et al v. Attorney General, State of Ala, et al
District Court Docket No: 5:11-cv-02449-JEO

This appeal was dismissed on 10/21/2015. Enclosed is a certified copy of this court's order reinstating the appeal.

Appellees' brief is due 30 days from the date of this letter.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

REINST-1 Appeal Reinstated